**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 29 2011

JAMES N. HATTEN, CLERK
By: S. Brannon
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

JEREMY PEGG
993107SI
_____
(Enter above the full name and prisoner
identification number of the plaintiff.)

1 11-CV-1006

-vs-

Karen Beyers
K.M. Williams Badge No. B670
Butch Conway
_____
(Enter above the full name of the defendant(s).)

**I.  Previous Lawsuits**

  A.  Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

  Yes (  )    No ( ✓ )

  B.  If your answer to A (1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1.  Parties to this previous lawsuit:

      Plaintiff(s): _____
      _____

      Defendant(s): _____
      _____

  2.  Court (if federal court, name the district; if state court, name the county):
      _____
      _____

  3.  Docket Number: _____

I.  **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

  A. Place of Present Confinement: _Gwinnett County Jail_

  B. Is there a prisoner grievance procedure in this institution?
    Yes (✓)    No ( )

  C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( )    No (✓)

  D. If your answer is YES:
    1. What steps did you take and what were the results?
    _This inhouse grievance system does not recognize proofs of Peonage, However i have already asserted my standing and rights in open court to no avail._

    2. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff(s): _JEREMY PEGG_

### III. Parties (Cont'd)

Address(es): __Gwinnett County Jail__
__2900 University Pkwy. Lawrenceville Georgia 30043__

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.  Defendant(s): __a. Karen Beyers__
__b. K. Williams__                               __c. Butch Conway__

Employed as __a. Gwinnett county Superior court Judge__
__b. Gwinnett County Prosecutor     c. Gwinnett county Sheriff__
at __a. Gwinnett County Superior court 75 Langley Drive Lawrenceville GA, 30045   b. GCPD 75 Langley Drive    c. Sheriff's office 2900 University Pkwy.__

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.a. Executive Administrator Karen Beyers has committed ① Peonage. She has used the force of her office to compel me to act as accomodation party for the debt against JEREMY PEGG.

2.a. Executive Administrator Karen Beyers has committed ② Delfacation. She has come to equity with unclean hands by implementation of unauthorized Security Transactions in account attached to 287-706706.

3.a. Executive Administrator Karen Beyers has ③ Dishonored her Oath of Office, by using said office to steal rights to property not hers for personal gain and without compensation.

1.b. Prosecutor K. Williams has committed ① Peonage by method of

**IV.   Statement of Claim (Cont'd)**

extortion and vindictive prosecutorial questioning in open court to compel me to act as surety for the Debt against JEREMY PEGG. and has not made full disclosure of the terms of any unrevealed Contract / Jurisdiction Agreement.

2.b. Prosecutor K. Williams has (2) Dishonored the Oath of office by using said office to steal rights to property for personal gain without compensation.

1.c. Sheriff Butch Conway has committed (1) Peonage by making available the facility under his authority for success of Debt imprisonment.

2.c. Sheriff Butch Conway has (2) Dishonored his Oath of office by using said office in a scheme to steal rights not his without compensation.

**V.   Relief**

State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

1. Return to me a Certified Assessment of the charges in Gwinnett.
2. Return to me a complete Certified Audit Trail of the accounting.
3. Provide for me Banking and Securities experts from DTCC, 55 Water ST. New York, U.S. Treasury and Federal Reserve Bank of Atlanta to oversee Audit and bring forth a fiduciary role.
4. Return to me All property, equity, Security instruments (i.e. Bonds) and the same created in, tracked by, charged against and/or under a account attached to 287206706 / C.U.S.I.P / Autotris accounts.
5. Return to me the voucher, detainer and order from Sec of

**V.     Relief (Cont'd)**

Treasury authorizing collection of a debt, further incarceration of JEREMY PF66 and the accompanying physical body.

6. Direct defendants to file 1099 OID TAX form taxing source of income from Gwinnett county cases/charges back to me.

7. file Peonage and Malicious activity report to F. Gentry Shellnut D.O.J, IRS whistleblower Dir. Fincen office 101 and Judicial Qualifications commission.

Signed this __26th__ day of __March__, 19 __2011__

Signature of Plaintiff

**STATE OF** __Georgia__
**COUNTY (CITY) OF** __Gwinnett__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __March 26 2011__
                        (Date)

Signature of Plaintiff